NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAVE CONSULTING GROUP, INC.,**
*Plaintiff-Appellant*

**v.**

**TRUVEN HEALTH ANALYTICS INC.,**
*Defendant-Appellee*

---

2018-1848, 2018-2155

---

Appeals from the United States District Court for the Northern District of California in No. 3:15-cv-02177-SI, Judge Susan Y. Illston.

---

## JUDGMENT

---

RICHARD L. BROPHY, Armstrong Teasdale LLP, St. Louis, MO, argued for plaintiff-appellant. Also represented by ZACHARY CHARLES HOWENSTINE, MARK A. THOMAS.

KAREN IRENE BOYD, Turner Boyd LLP, Redwood City, CA, argued for defendant-appellee. Also represented by KEELEY IRENE VEGA; ROBERT WILLIAM STONE, Quinn Emanuel Urquhart & Sullivan, LLP, Redwood Shores, CA; MICHAEL D. POWELL, San Francisco, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 13, 2019      /s/ Peter R. Marksteiner
Date           Peter R. Marksteiner
              Clerk of Court